IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACKED UP, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-3296-L |
| | § | |
| SARA LEE CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff Jacked Up, LLC's ("Plaintiff") Motion to Review Costs Taxed by Clerk (Doc. 157), filed June 30, 2015. The motion was referred to Magistrate Judge David L. Horan for screening, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 2, 2015, recommending that the court deny Plaintiff's motion and award taxable costs in the amount of $20,307.66 to Defendants Sara Lee Corporation and The J.M. Smucker Company (collectively, "Defendants"). Plaintiff timely filed objections to the Report on September 16, 2015, and Defendants filed a response to Plaintiff's objections on October 6, 2015.

After reviewing the file, record in this case, Report, objections and conducting a *de novo* review of those portions of the Report to which the objections were made, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion to Review Costs Taxed by Clerk (Doc. 157) and **awards** Defendants Sara Lee Corporation and The J.M. Smucker Corporation taxable costs in the amount of $**20,307.66**.

**It is so ordered** this 5th day of April, 2016.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Page 2**